No. 99–9384.  SPOTTS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 99–9392.  WEISCHEDEL v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99–9398.  BOLTON v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 99–9402.  AKPAETI v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 99–9405.  BISHOP v. RHODE ISLAND.  C. A. 1st Cir.  Certiorari denied.

No. 99–9409.  MONROE v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 99–9416.  JONES v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99–9419.  PEREA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99–9421.  WASHINGTON v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 99–9434.  MANN v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 99–9437.  YERUSHALAYIM, FKA BRASCH v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 99–9440.  BIRBAL v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 99–9442.  WILLIAMS v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 99–9447.  DAVIS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 99–9450.  DRAGONE v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 99–9451.  GIL-GARCIA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.